USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :

JANNY MORALES,                   :
                              :

               Plaintiff,     :      **ORDER**
                              :

        -v-               :      19-CV-7361 (JPO) (JLC)
                              :

CARTER BURDEN NETWORK, INC.,   :
                              :

             Defendant.    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated December 4, 2019 (Dkt. No. 15), Judge Oetken

referred this case to me for general pretrial supervision.  The parties are directed to

report to the Court by filing a letter on the docket **within one week following the**

**conclusion of the mediation process** as to whether the case has been settled.  If

it has not been settled, the Court will then promptly schedule an initial pretrial

conference.

      **SO ORDERED.**

Dated: December 5, 2019
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge