UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANNY MORALES,

                Plaintiff,

-v-

CARTER BURDEN NETWORK, INC.,

                Defendant.

19-CV-7361 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: February 4, 2020
      New York, New York

_____
J. PAUL OETKEN
United States District Judge